No. 03–1011. MANATEE COUNTY, FLORIDA v. PEEK-A-BOO LOUNGE OF BRADENTON, INC., ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–1066. COLOSIMO v. MINNESOTA. Sup. Ct. Minn. Certiorari denied.

No. 03–1089. ARTISTIC ENTERTAINMENT, INC., DBA TEASERS, ET AL. v. CITY OF WARNER ROBINS, GEORGIA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–1129. SHOKETSU KINZOKU KOGYO KABUSHIKI CO., LTD., AKA SMC CORP., ET AL. v. FESTO CORP.; and
No. 03–1133. FESTO CORP. v. SHOKETSU KINZOKU KOGYO KABUSHIKI, CO., LTD., AKA SMC CORP., ET AL. C. A. Fed. Cir. Certiorari denied.

No. 03–1136. SLUSARCHUK ET AL. v. HOFF ET AL. C. A. 8th Cir. Certiorari denied.

No. 03–1137. NOVELLO, IN HER INDIVIDUAL AND OFFICIAL CAPACITY v. DIBLASIO ET AL. C. A. 2d Cir. Certiorari denied.

No. 03–1143. JEAN DEVELOPMENT CO., DBA GOLD STRIKE HOTEL AND GAMBLING HALL v. SUPERIOR COURT OF CALIFORNIA, LOS ANGELES COUNTY. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 03–1152. JAMES v. RICE UNIVERSITY ET AL. C. A. 5th Cir. Certiorari denied.

No. 03–1158. GREEN ET AL. v. SPRINT COMMUNICATIONS CO. ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–1161. NEWMAN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 03–1163. WYETH HOLDINGS CORP. v. UNIVERSITY OF COLORADO FOUNDATION, INC., ET AL. C. A. Fed. Cir. Certiorari denied.

No. 03–1171. OBER v. EVANKO ET AL. C. A. 3d Cir. Certiorari denied.